USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SCHIMENTI CONSTRUCTION LLC,

                                     Plaintiff,

-against-

CONSTRUCTION & GENERAL
BUILDING LABORERS' LOCAL 79, et al.,

                                     Defendants.
-------------------------------------------------------------------X

**ORDER**

**18-CV-4714 (RA) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    On December 4, 2019, the parties represented that they were finalizing their settlement agreement and would file their Stipulation of Dismissal by December 16, 2019. They have not done so. The parties are directed to either file a letter to update the Court as to the status of settlement or, alternatively, file their Stipulation of Dismissal by **December 30, 2019**.

    **SO ORDERED.**

Dated: December 19, 2019
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge